UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CASE NO: 06-CR-20393-BC

JAY W. ANCEL,

    Defendant.
    _____/

## ORDER REVOKING BOND, ORDERING DETENTION PENDING SENTENCING AND NOTICE OF SENTENCING

At a hearing held on November 27, 2006, Defendant did not contest the allegation that he violated the conditions of his bond by using controlled substances.

Since Defendant pleaded guilty on August 30, 2006 (Dkt. 7, 8), there is a presumption in favor of detention unless the court finds, by clear and convincing evidence, that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. 18 U.S.C. § 3143(a)(1); *United States v. Vance*, 851 F.2d 166, 170 (6th Cir.), *cert. denied*, 488 U.S. 893 (1988)(release is no longer favored once guilt of a crime has been established). I find that Defendant's continuing use of controlled substances poses a danger to other persons and the community. 18 U.S.C. § 3142.

Accordingly, I **ORDER** the detention of the defendant without bail to and including December 11, 2006, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays.

**PLEASE TAKE NOTICE** that the sentencing of this Defendant will take place on Monday, December 11, 2006, at 10:30 a.m. before Magistrate Judge Binder, Room #308, Post Office Building, Bay City, Michigan.

s/ *Charles E Binder*
CHARLES E. BINDER
Dated: November 29, 2006	United States Magistrate Judge

### CERTIFICATION

I hereby certify that this Order was electronically filed this date, electronically served on Michael Hluchaniuk and served on Paul Beggs, Esquire, Pretrial Services and the U.S. Marshal's Service in the traditional manner.

Date:  November 29, 2006		By: s/Carol J. Greyerbiehl
					Deputy Clerk

2